# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                Tel: 718-740-1000
Email: abdul@abdulhassan.com                                             Fax: 718-740-2000
*Employment and Labor Lawyer*                                            Web: www.abdulhassan.com

**November 13, 2019**

**Via ECF**

Hon. Arthur D. Spatt, USDJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722
Tel: 631- 712-5620

<u>Re: Stephanie Sedhom v. Pro Custom Solar LLC</u>
         Case No. 17-CV-07559 (ADS)(AYS)
         **Notice of Settlement and Request for Adjournment**

Dear Judge Spatt:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action. We are in the process of exchanging settlement papers and intend to file any necessary papers with the Court shortly. In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**